O
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| MEGHAN DOWNING,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SBE/KATSUYA USA, LLC,<br><br>　　　　　　Defendant. | Case No. 2:21-cv-06058-ODW (KKx)<br><br>**FINAL JUDGMENT** |

　　　　On April 5, 2022, the Court granted Defendant's Motion for Judgment on the Pleadings, dismissing Plaintiff's Complaint for failure to state a claim. (*See* Order, ECF No. 35.)  In its Order, the Court granted Plaintiff leave to amend her Complaint within twenty-one days. (*Id.* at 6.)  The Court warned that if Plaintiff "fails to timely file an amended complaint, this dismissal will automatically convert to a dismissal with prejudice and judgment will be entered for [Defendant]." (*Id.*)  More than twenty-one days has lapsed since the Court issued its Order and Plaintiff has not filed an amended Complaint.

　　　　Accordingly, the Court **ORDERS, ADJUDGES,** and **DECREES** as follows:

　　　　1. The Court finds that Defendant has not violated the Americans with Disabilities Act as Plaintiff alleged; and

　　　　2. Judgment is entered for Defendant SBE/Katsuya USA, LLC.

      The Court **VACATES** all dates and deadlines. The Clerk's office shall close the case.

**IT IS SO ORDERED.**

April 27, 2022

_____

      **OTIS D. WRIGHT, II**
  **UNITED STATES DISTRICT JUDGE**